**FILED**

SEP 3 0 2016

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____Waco_____ DIVISION

Joseph Ross Huffman
_____
(Enter your full name)
              Plaintiff(s)

v.

Shannon Marie Tower
Grant Edwards Warrens
_____
(Enter full name of each Defendant)
              Defendant(s)

CASE NUMBER: **W16CA392**
(To be supplied by Intake Deputy)

## COMPLAINT

1. First Paragraph (Name and Address of Plaintiff)
   Joseph Ross Huffman, 124 Chestnut DR, Copperas Cove, TX 76522

2. Second Paragraph (Name and Address(es) of Defendant(s))
   Shannon Marie Tower, 2722 SW Spring Garden ST #8, Portland, OR 97219
   Grant Warrens Warrens, 4264 West Bay RD, Lake Oswego, OR 97305

3. Third Paragraph (Jurisdiction Plea).
   Title 17 USC Chapter 5 Section 504(b) & Title 28 USC Chapter 28 Section 1338(b) &
   & Title 18 USC Section 241

4. Fourth Paragraph ....
   Defendants: Black & White (PA0001596289/2007-10-01 infringes Plaintiff: Black & White Prints (BMI Work #: 8353619)
   Defendants falsified information on application for distribution right registered in 2007

5. Fifth Paragraph ...
   Full gross revenue & injunctive relief

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

Signature _____
Name (Typed or Printed)    Joseph Ross Huffman
Address                    124 Chestnut DR
Telephone Number           Copperas Cove, TX 76522

**Work Title**: BLACK AND WHITE PRINTS

**BMI Work #**: 8353619    **ISWC**: T-072.740.853-8

**Date Registered**: 09/06/2006    **Registration Origin**: Works Registration

**Songwriter/Composer**    **Current Affiliation**    **Shares**    **IP #**
HUFFMAN JOSEPH ROSS    BMI    200.00%    00500573198

**Publisher**    **Current Affiliation**    **Shares**    **IP #**
EXCESS WRITER CLEARANCE    NA    0.00%

**Type of Work:** Music
**Registration Number / Date:** PA0001596289 / 2007-10-01
**Application Title:** Collected songs volume one Shannon Tower and Grant Warrens.
**Title:** 24 seconds, et al.
**Description:** Compact disc + Print material.
**Copyright Claimant:** Shannon Marie Tower. Address: 2722 SW Spring Garden ST. #8, Portland, OR, 97219
Grant Edwards Warrens, 1958- . Address: 4264 West Bay Road, Lake Oswego, OR, 97035
**Date of Creation:** 2006
**Date of Publication:** 2006-09-01
**Nation of First Publication:** United States
**Authorship on Application:** Shannon Marie Tower, 1974- ; Citizenship: United States. Authorship: Lyrics.
Grant Edwards Warrens, 1958- . Authorship: Music.
**Copyright Note:** C.O. correspondence.
**Names:** Tower, Shannon Marie, 1974-
Warrens, Grant Edwards

US District Clerks Office
800 Franklin AVE, Room 380
Waco, TX 76701

PORTLAND OR 970
27 SEP 2016 PM 5 L

76701-193480